DOUGLAS RIPLEY et al., Respondents, *v.* DOUGLAS F. STORER et al., Appellants, et al., Defendant.

Submitted July 8, 1955; decided July 8, 1955.

*Lawrence E. Bobker* for motion.

*Walter H. Liebman* opposed.

Motion for a stay granted upon condition that appellants neither cause nor permit '' Believe It or Not, Inc.'' to make any payments to appellants, or their attorneys or agents, pending the hearing and determination of the appeal herein except that the sum of $997 per month be paid to appellant Storer to defray the actual expenses of operating the business of the aforesaid corporation. Case set down for argument during the October, 1955, session of the Court of Appeals.